Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMAN LEE MICHAEL WANDKE, ) | |
| ) | |
| Plaintiff, ) | NO.  2:16-CV-00668-JCC |
| ) | |
| vs. ) | STATUS REPORT RE: SETTLEMENT |
| ) | |
| YELLOW CAB, INC., a Washington ) corporation; ) | |
| ) | |
| Defendant. ) | |

COMES NOW the plaintiff herein and provides the following status report re: settlement pursuant to the Court's minute order of August 29, 2016.  This status report was circulated among all counsel, however, even after follow-up phone calls and emails to defense counsel he did not respond.  As such plaintiff is filing this status report without defendant's agreement to same since it is past the filing deadline.

\*\*

\*\*

\*\*

\*\*

\*\*

STATUS REPORT RE: SETTLEMENT - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

The parties have reached a settlement in this matter .

DATED this 19th day of December, 2016.

          HESTER LAW GROUP, INC., P.S.
          Attorneys for Plaintiffs


    By:   /s/ Lance M. Hester
           Lance M. Hester
           WSB #27813

WASHINGTON CIVIL & DISABILITY
        ADVOCATE
Attorneys for Plaintiff


    By:   /s/ Conrad Reynoldson
           Conrad Reynoldson
           WSB# 48187

## CERTIFICATE OF SERVICE

Kathy Herbstler, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant and hereby certify that I have mailed the document by U.S. Postal Service to plaintiff.

Signed at Tacoma, Washington this ____ day of December, 2016.

_____
Kathy Herbstler

HESTER LAW GROUP, INC. P.S.
1008 South Yakima, #302
Tacoma, WA 98405
253-272-2157
253-572-1441 fax
lance@hesterlawgroup.com